ACCEPTED
01-15-00302-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/9/2015 6:57:52 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00302-CR

IN THE COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/9/2015 6:57:52 PM
CHRISTOPHER A. PRINE
Clerk

FOR THE

FIRST SUPREME JUDICIAL DISTRICT OF TEXAS

AT HOUSTON

| | | |
|---|---|---|
| JASON BURROWS | § | Appellant |
| | § | |
| V. | § | |
| | § | |
| THE STATE OF TEXAS | § | Appellee |

APPELLANT'S REQUEST FOR
EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE COURT OF APPEALS:

Counsel for Appellant requests an Extension of Time to File the Appellant's Brief; the following is satisfied:

1.    The District Court of Brazoria County rendered judgment on March 27, 2015;

2.    Appellant's trial court number is 74447;

3.    The appeal in this case was perfected on March 27, 2015;

4.    The Transcript and Statement of Facts were filed on August 10 , 2015 and consists of nine (9) volumes of exhibits and testimony;

5.    Notice of said filing was received by Appellate Counsel sometime after the postmarked date of August 12, 2015, however dure to family

vacation, such was not received until August 21, 2015.

6. Counsel received a copy of said Transcript and Statement of Facts on September 4, 2015.

7. Appellant's Brief is due on September 9, 2015;

8. No previous Motions for Extension of Time to File Brief have been filed;

9. Appellant requests sixty days to complete said brief;

10. The facts relied upon to support this request for an extension are:

Appellant's brief is well on its way to being completed. However, due to being involved in the following trials, I have been unable to file the brief within the original deadline:

   a. State of Texas v. David Amerson
      Cause No. CR-15-0138
      Hays County District Court
      Trial Scheduled– August 24, 2015;

   b. State of Texas v. Alex Garcia
      Cause No. 2014CR0730
      Coaml County Court at Law No. 2
      Trial Scheduled – September 8, 2015;

Therefore, appellant prays that this Court grant an extension of time of sixty (60) days so that Appellant can properly review the record and file a brief.

Respectfully submitted,

_____
Scot Courtney
Attorney for Appellant
P. O. Box 787
San Marcos, Texas  78667-0787
512-392-9292
512-532-6766 FAX
EM-sanmarcoslaw@gmail.com
State Bar #00790515

CERTIFICATE OF SERVICE

By affixing his signature to the foregoing instrument, Scot Courtney certifies that a true and correct copy of the same has been had delivered to the office of the Brazoria County District Attorney's Office, on this the 9th day of September, 2015.

_____
Scot R. Courtney

CERTIFICATE OF CONFERENCE

By affixing his signature to the foregoing instrument, Scot Courtney certifies that Counsel has confferred with Appelare Counsel and Appellate Counsel, listed below and Appellant's Counsel does not oppose the Motion.

_____
Scot Courtney

Brazoria County District Attorney
David Bosserman
111 E. Locust St.
Angleton, TX 77515

# VERIFICATION

STATE OF TEXAS           §

COUNTY OF HAYS         §

       BEFORE ME, the undersigned authority on this day, personally appeared Scot Courtney, who did depose and state as follows:

"My name is Scot Courtney. I have read the foregoing Motion. All facts contained therein are true and correct."

_____
Scot R. Courtney

       SWORN AND SUBSCRIBED to before me, the undersigned authority

on this the ___8th___ day of ___September___, 2015.

KAREN D. JENNETT
Notary Public, State of Texas
My Commission Expires
AUGUST 19, 2019

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS